IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| MANUEL SOTO SALINAS and SAN JUANITA SALINAS, individually and as Heirs of the Estate of MANUEL EDUARDO SALINAS, deceased, Plaintiffs, v. M.G. DYESS, INC.; WILLBROS USA, INC.; WILLBROS CONSTRUCTION (U.S.)LLC-DELAWARE f/k/a WILLBROS RPI, INC.; CENTERPOINT ENERGY GAS TRANSMISSION COMPANY, INC.; SPECTRA ENERGY CORP.; SPECTRA ENERGY PARTNERS, LP; CATERPILLAR, INC.; and SOUTHEAST SUPPLY HEADER, L.L.C Defendants. | CIVIL ACTION NUMBER M-08-314 |

ORDER OF REMAND

Having come on to be considered the Plaintiffs' Motion to Remand and the Court after having considered same, the pleadings and all matters on file, as well as the arguments of counsel, was of the opinion that said motion should be granted for the reasons stated on the record. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiffs' Motion to Remand is GRANTED and the above-styled case is hereby REMANDED to the 381st Judicial District Court of Starr County, Texas, and the Clerk shall take the necessary steps to effectuate said remand. Any other relief not expressly granted is DENIED.

The Clerk shall send a copy of this Order of Remand to counsel for the parties.

DONE on this ___30th___ day of September, 2009, at McAllen, Texas.

_____
Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE